UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

IRWIN BLATT,

                Plaintiff,

                                           <u>ORDER</u>

    - against -

                                    CV 2004-2263 (ERK)(MDG)

COLLEGE OF STATEN ISLAND, <u>et</u> <u>ano</u>,

                Defendant.

- - - - - - - - - - - - - - - - - - - -X

     This Court having reviewed the proposed "Stipulation and Order of Confidentiality," the stipulation is approved, but subject to the following:

     1.  The parties must use best efforts to minimize the need to file documents under seal.  Prior to filing any document or other material containing "Confidential Materials," each party must determine whether the "confidential" material, contained therein can simply be redacted or whether a stipulation of certain facts may eliminate the need for submitting the "confidential" material,.

     2.  If the "confidential" material, contained in a document is relevant to an issue to be addressed in papers filed with the Court, then the parties may file the submission under seal in accordance with procedures established by the Clerk's Office.  The parties must use best efforts to minimize the number of pages filed under seal.  If a submission is lengthy but the "confidential" material, comprises a small portion of the submission, only the pages or sections containing "confidential" material, should be filed under seal and the remainder of the

submission filed unsealed.  Any sealing envelope should clearly describe the document containing the pages to be sealed and identify the document number on the docket sheet for the filed document.  Each envelope submitted for sealing may contain only one document or portions of one filing (such as redacted pages from multiple exhibits annexed to a document filed).

    3.  A party submitting a document under seal shall provide the Court with a complete un-redacted copy of the submission.  The first page of the submission must indicate what portions have been redacted and filed under sealed and the top of every page or section containing "confidential" material, shall bear the notation "This page filed under seal."

    **SO ORDERED.**

Dated:    Brooklyn, New York
          August 26, 2005

                                            /s/_____
                                            MARILYN D. GO
                                            UNITED STATES MAGISTRATE JUDGE