FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IRWIN BLATT,

        Plaintiff,

  -against-

THE COLLEGE OF STATEN ISLAND
THE CITY UNIVERSITY OF NEW YORK,

        Defendant.

------------------------------------------------------------X

CV 04-2263

Order

    The hearing scheduled to be held at 10:00 a.m. on May 18, 2006 is rescheduled. It will instead be held at 9:00 a.m. on that date at the United States Courthouse in Brooklyn, New York.

    IT IS SO ORDERED.

    Dated this 24th day of April, 2006.

s/Charles Wolle
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT