UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

IRWIN BLATT,

    Plaintiff,

-against-

THE COLLEGE OF STATEN ISLAND
THE CITY UNIVERSITY OF NEW YORK,

    Defendant.

--------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2006 ★
BROOKLYN OFFICE

CV 04-2263

Order

On May 18, 2006, the court held a hearing on the pending post-trial motions.

Plaintiff may file a final brief on all issues on or before May 30, 2006. Defendant may file a final brief on or before June 6. A supplemental hearing will be held by telephone conference call placed by the court to counsel of record at 10:00 a.m. on June 13, 2006.

    IT IS SO ORDERED.

    Dated this 22nd day of May, 2006.

    s/Charles R. Wolle
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT